THE PEOPLE OF THE STATE OF NEW YORK ex rel. 270 PARK AVENUE CORPORATION et al., and NEW YORK AND HARLEM RAILROAD COMPANY et al., against JAMES J. SEXTON et al., as Commissioners of Assessments of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 975.]

In the Matter of CITY OF NEW YORK against STEPHEN MACK et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 981.]

In the Matter of CITY OF NEW YORK against OSCAR KULLMANN et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 981.]

In the Matter of the Arbitration of OLGA BOLTON, as Executrix of JOHN BOLTON, Deceased; GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 905.]

DAVID SULLIVAN, Individually and as President of Local 32B, Building Service Employees' International Union v. WILLIAM L. McFETRIDGE, as President of Building Service Employees' International Union, and WILSON A. SIMMONS et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 962.]

STANDARD ACCIDENT INSURANCE COMPANY v. MAURICE NEWMAN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 967.]

In the Matter of PENINSULA NATIONAL BANK OF CEDARHURST against CINCOTTI CONSTRUCTION CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 976.]

ADELE CONWAY, as Administratrix of the Estate of JAMES CONWAY, Deceased, v. ROYAL BLUE SIGHTSEEING CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 974.]

LOUIS GLUCKSTERN v. PHILIP R. GLUCKSTERN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 901.]

JOHN SADA v. THE GALLIE CORPORATION.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 463.]

LOUIS ENG v. EDWARD C. TOM et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by appellant Edward C. Tom of the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 967.]